UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Prince George's County et al. v. Wells Fargo & Co. et al.
No. 18-cv-3576

DATE: February 24, 2022

\* \* \*

Given that the Fourth Circuit has denied Wells Fargo's Petition for Permission to Appeal Pursuant to 18 U.S.C. § 1292(b), discovery in this case is no longer stayed. Accordingly, the Court would like to schedule a hearing on Defendants' pending Motion for a Case Management Order to Phase Initial Discovery and Dispositive Motions (ECF No. 114).

Accordingly, Counsel is **DIRECTED** to submit, by **March 4, 2022**, their joint availability for a hearing to be scheduled within the next ninety (90) days.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
Peter J. Messitte
United States District Judge

CC: Court File