**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>Prince George's County et al. v. Wells Fargo & Co. et al.</u>
No. 18-cv-3576

DATE: March 17, 2022

\* \* \*

Wells Fargo has filed a Motion for a Case Management Order to Phase Initial Discovery and Dispositive Motions (ECF No. 114), which Plaintiffs have opposed. The Court has set a hearing on that motion for May 25, 2022 at 2:30 p.m.

The parties have informed the Court that they intend to meet and confer over the coming weeks regarding ways to potentially narrow the scope of discovery necessary in this matter. Accordingly, the Court **DIRECTS** Counsel to submit, by **May 20, 2022**, a joint status report as to the status of the discussions regarding the scope of discovery in the case.

Pending the filing of these supplemental materials, the Court will temporarily **STAY** all proceedings herein.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
United States District Judge

CC: Court File